Hanoi Acosta # 87406-008
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

May 30, 2018

U.S. District Court Clerk's Office
405 W. Congress St., Ste 1500
Tucson, AZ 85701-5010

Re: Acosta v. Shartle et al., 4:18-cv-216-RM-PSOT

Dear Clerk,

Enclosed please find: (1) Motion for Leave to File Additional Pages and Judicial Notice; (2) Motion for Leave to Amend Complaint; (3) First Amended Complaint.

I did not serve the defendants because their attorney has not made an appearance yet and/or I have not received any notification as of today's date.

Please notify Judge Marquez that the SIS Office here at USP Lewisburg is detaining my mail, even legal mail not clearly marked "Legal Mail-Special Mail", for unreasonable amounts of time. Normally 20 to 30 days, but sometimes 2-3 months. This is stemming from the SIS in USP Tucson. I am afraid to grieve the situation because I will be heavily retaliated against. I am afraid to even write a formal motion asking the Judge to intervene because that would mean I would have to give it to prison officials to make copies and they would read it and retaliate. I'm asking the Judge to please make an order directing the prison official and specifically the SIS Office at USP Lewisburg to stop interfering with my mail and caution that no retaliation should be

suffered by me for exercising this First Amendment right to redress my grievances. Included with this petition for your help, please find a "mail log" showing my mail activity over the last 3 months and a "declaration" from my cellmate Chris Ramirez.

I pray that you accept this letter styled motion and intervene to stop this violation of my constitutional rights.

Dated: May 30, 2018.                    Respectfully Submitted,

                                        /s/ Hanoi Acosta

                                        Hanoi Acosta #87406-008
                                        USP Lewisburg
                                        Pro se prisoner litigant

# (MAIL LOG)

| ○ SENT | ○ RECEIVED |
|---|---|
| 2-26-18 "FOIA" | 2-26-18 "FOIA" |
| 2-21-18 (111A,197) appeal Central Office | 2-26-18 25 pics SBC |
| 2-21-18 Motion to expedite | Letter from CNA -2-27 |
| 2-20-18 Asked for extension (297) Central Office | Letter from Pentagon 2-27 |
| 2-13 Letter to Angelica | APPEAL SHOT REJECTED 3-5 |
| 2-14 Card to Angelica | Black Stone letter 3-21 |
| 2-19 Letter to Angelica | 4/4 letter (FOIA) from OIG |
| 3/5 W/R APPEAL (104) | 4/4 letter from Mami |
| 3-7 GREEN FORM | 4/4 Pictures from SBS (24) |
| 4/4 SBS-ordered 10 pics | 4/4 W/R Appeal rejected (104) |
| 4/4 Wrote Mami & Haykel (letter) | 4/06 letter from Clerk 9th Cir. |
| 4/4 Sent appeal for medical to Central Office | 4/16 Appeal for (111A, 197 expunged) |
| 4/4 Sent writ of mandamus to Court of Appeals, District Court, The Judge, and USA | 4/17 Brochure from write a prisoner |
| | 4/30 Bivens response |
| 4/5 Wrote Ms. Diaz (Request for Memo) | 4/30 Docket Sheet 9th Cir. |
| 4/8 Appeal SMU placement | 5/17 letter from Angelica |
| 4/18 letter to Clerk 9th Cir | 5/17 Denial of 2255 |
| 4/18 Bivens Action. | 5/21 Bivens Order |
| 4/19 letter to Haykel | 5/22 Letter from AUSA S. Knapp dated 5/2/2018 |
| 4/30 Western Region (Knife shot) | |
| 4/30 Ms. Spencer (letter) | |
| 5/7 Julio Jimenez (letter) | |
| 5/8 David Huband (Tort Claim) | |
| 5/8 Shun Ali (letter) | |
| 5/17 Angelica (letter) | |
| 5/17 Notice of Appeal (2255) | |

## Declaration of Christopher A. Ramirez
## Reg. # 66213-179

In accordance with the provisions of section 1746 of title 28, United States code, I, the undesigned, Christopher A. Ramirez, do hereby make the following declaration, under penalty of perjury

1. I am over the age of 18 years, and am competent to make this declaration because I have personal knowledge of the events stated herein.

2. I have been inmate Hanoi Acostas cellmate for about 9 weeks.

3. Since I have been his cellmate I have seen Mr. Hanoi recieve both legal and personall mail from about 20 days to 60 days past the postal date.

4. I have also seen Mr.Acosta have to send out all his mail, both legal and personal, via certified reciept just to be sure that his mail goes out.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1.

Executed on this 30th day of May, 2018.

C.A.R.
Christopher A. Ramirez
# 66213-179
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

2.